JANUARY 17, 1997

No. 95–1918. ARKANSAS *v.* FARM CREDIT SERVICES OF CENTRAL ARKANSAS ET AL. C. A. 8th Cir. Certiorari granted. In addition to the questions presented by the petition, the parties

are requested to brief and argue the following question: "Should the case have been dismissed by the District Court for lack of subject matter jurisdiction, in light of the Tax Injunction Act, 28 U. S. C. § 1341?" Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 28, 1997. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 28, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, April 9, 1997. This Court's Rule 29.2 does not apply.